EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
PAUL M. ROADARMEL, JR.
Supervising Deputy Attorney General
DAVID A. VOET
Deputy Attorney General
State Bar No. 182544
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 576-1338
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD JOSEPH TASSIN,** | CV 10-7036-GW (PLA) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER AND RETURN TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF DAVID A. VOET** |
| **v.** | |
| **L. S. McEwen,** | |
| Respondent. | |

    Respondent respectfully requests a thirty-day extension of time, to and

including December 8, 2010, to file an Answer and Return to the Petition for Writ

of Habeas Corpus.

//

//

//

1

1       This Application is made for good cause, as set forth in the attached

2    declaration of David A. Voet.

3    Dated:  October 27, 2010                    Respectfully submitted,

4                                                EDMUND G. BROWN JR.
                                                 Attorney General of California
5                                                DANE R. GILLETTE
                                                 Chief Assistant Attorney General
6                                                PAMELA C. HAMANAKA
                                                 Senior Assistant Attorney General
7                                                PAUL M. ROADARMEL, JR.
                                                 Supervising Deputy Attorney General
8

9

10                                               **/s/ David A. Voet**
                                                 DAVID A. VOET
11                                               Deputy Attorney General
                                                 *Attorneys for Respondent*

12   DAV:lh
     LA2010504329
13   60573312.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## **DECLARATION OF DAVID A. VOET**

I, DAVID A. VOET, hereby declare the following under penalty of perjury:

1. I am a Deputy Attorney General for the State of California assigned to the Appeals, Writs and Trials Section of the Criminal Law Division in Los Angeles, California, I am licensed to practice law in the State of California and the Untied States District court for the Central District of California. I am the attorney assigned to represent the respondent in the matter of *Harold Joseph Tassin v. L.S. McEwen*, case number CV 10-7036-GW (PLA).

2. An Answer and Return is presently is due by November 8, 2010. Respondent has not requested any previous enlargements of time in this matter.

3. I was assigned this matter on September 28, 2010. I have ordered and received the state court records in case numbers TA081194, B197533, B219045, S167904, S178700, and S184593. I have conducted a preliminary review of these records and it appears that an Answer and Return addressing the merits will be required because the Petition appears to be timely and not subject to dismissal under Rule 9 of Rules Governing Section 2254 Cases in the United States District Court.

4. Since being assigned the instant case, I have completed a lengthy Motion to Dismiss combined with an Answer and Return in *Meza v. McDonald* (CV10-3682-JFW (PLA)). As to my state court matters, I completed the respondent's briefs in *People v. Harris* (B219599; Division Eight), *People v. Brown* (B220552; Division Four), and *People v. Vindiola and Alfaro* (B220180; Division Five), and I have nearly completed a draft of the respondent's brief in *People v. Vandenandel* (B222925; Division Seven).

5. I am scheduled for surgery on my dominant shoulder on October 27, 2010. I will be out of the office for at least a week following surgery and then I must complete at least three months of physical therapy.

3

6.     For the foregoing reasons, I respectfully request a thirty-day extension of time, to and including December 8, 2010, to file an Answer and Return to the Petition for Writ of Habeas Corpus.

7.     Since Petitioner is representing himself and is incarcerated, I have not contacted him to determine whether he has an objection to this application.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2010, in Los Angeles, California.


**/s/ David A. Voet**
DAVID A. VOET
Deputy District Attorney

# CERTIFICATE OF SERVICE

Case Name:  **Harold Joseph Tassin v. L.S.**        No.   **CV 10-7036-GW (PLA)**
                  **McEwen**

I hereby certify that on <u>October 27, 2010</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER AND RETURN TO PETITION FOR WRIT OF HABEAS COPRUS; DECLARATION OF DAVID A. VOET**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>October 27, 2010</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Harold Joseph Tassin
CDC # F-65929
B5-126L
Calipatria State Prison
P.O. Box 5005
Calipatria, CA 92233-5005

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 27, 2010</u>, at Los Angeles, California.

Lily Hood
Declarant

Signature

LA2010504329
60573352.doc