EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
PAUL M. ROADARMEL, JR.
Supervising Deputy Attorney General
DAVID A. VOET
Deputy Attorney General
State Bar No. 182544
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 576-1338
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD JOSEPH TASSIN,**<br><br>       Petitioner,<br><br>  v.<br><br>**L. S. McEWEN,**<br><br>       Respondent. | Case No. CV 10-7036-GW (PLA)<br><br>**[PROPOSED] ORDER** |

  Good cause appearing, **IT IS HEREBY ORDERED** that Respondent is granted to and including December 8, 2010, in which to file and serve the ordered Answer and Return.  This Court's Order of September 24, 2010, remains otherwise in effect.

Presented by: **/s/ David A. Voet**
       DAVID A. VOET
       Deputy Attorney General
Dated: _____     _____
                     The Honorable Paul L. Abrams
LA2010504329                  United States Magistrate Judge
60572498.doc

# CERTIFICATE OF SERVICE

Case Name: **Harold Joseph Tassin v. L.S. McEwen**   No. CV 10-7036-GW (PLA)

I hereby certify that on October 27, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 27, 2010, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Harold Joseph Tassin
CDC # F-65929
B5-126L
Calipatria State Prison
P.O. Box 5005
Calipatria, CA 92233-5005

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 27, 2010, at Los Angeles, California.

Lily Hood
Declarant

*Lily Hood*
Signature

LA2010504329
60573360.doc