UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD JOSEPH TASSIN, | ) | No. CV 10-7036-GW (PLA) |
| Petitioner, | ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| L. S. McEWEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has the Petition, the other records on file herein, the magistrate judge's report and recommendation, and petitioner's objections to the report and recommendation. The Court has engaged in a de novo review of those portions of the report and recommendation to which objections have been made. The Court accepts the recommendations of the magistrate judge, with the following exceptions:

1.   At page 3, fn. 2, the brackets before "Because" should be eliminated.

2.   At page 15, line 5, the words "instructional error" should be replaced with "amended information".

3.   At page 19, line 18, the following parenthetical should be added immediately following "pursuant to California Penal Code § 995": "(California Penal Code § 995 provides an

indictment or information shall be set aside by the court upon motion of the defendant if the defendant has been indicted or committed without reasonable or probable cause)".

4. At page 19, line 24, the following language should be added immediately following "would have been any different,": "In other words, trial counsel's failure to object to the amendment on the ground that the evidence did not support the new charge (an issue already raised by counsel when he moved to dismiss the charge pursuant to § 995), or on the ground of lack of adequate notice, did not result in <u>Strickland</u> prejudice.  Moreover, as the California Court of Appeal observed, trial counsel may have chosen to not object on the reasonable belief that, given the evidence at the preliminary hearing which adequately supported the new charge, and the fact that counsel presumably was aware that petitioner would admit at trial that he shot at the victim (albeit in self defense), such an objection would have been futile."

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted, as modified above.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  February 10, 2014

                                    HONORABLE GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE