# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| HAROLD JOSEPH TASSIN, | ) | No. CV 10-7036-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| L. S. McEWEN, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: February 10, 2014

　　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE